# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **RODNEY CARBAJAL**, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 16 C 8364 |
| **CITY OF HIGHLAND PARK, ILLINOIS POLICE DEPARTMENT**, an Illinois Municipality, and **PAUL SHAFER**, individually, and in his capacity as Police Chief of the City of Highland Park, Illinois, | ) ) ) ) ) ) ) |
| Defendants. | ) |

## MEMORANDUM ORDER

Attorney Sally Comin ("Comin") has filed a "Motion for Leave To Withdraw as Counsel for Rodney Carbajal" (the "Motion," Dkt. No. 40), asserting that it "is based on an irreconcilable conflict between Counsel and [Rodney] Carbajal resulting from Carbajal's refusal to trust counsel and take her legal advice." This Court need not take any position on the merits of the matter, for it consistently views such motions (whether initiated by a lawyer or a dissatisfied client) as the equivalent of no-fault divorce, because in either event it would be inappropriate to compel the two to be linked together. Instead it simply grants the Motion. As for Carbajal, he is directed either to obtain replacement counsel or to choose to proceed pro se, a decision that must be made on or before August 31, 2017.

_____
Milton I. Shadur
Senior United States District Judge

Date: August 10, 2017